FREEDOM OF INFORMATION ACT REQUEST

Ricky Ellis # : 15122-014
FCI - RAY BROOK
P.O. BOX 9007
Ray Brook, NY   12977-9007

UNITED STATES DISTRCIT COURT
OFFICE OF THE F.O.I.A.
450 Main Street
Hartford, CT  06103

Dear Freedom of Information Act Officer:

   This request is made pursuant to the Freedom of Information Act, United States Code Tilte 5, §552 2.2(a)(2), (a)(3), 4.14.26. 3.2., 6.3.2.2., 6.5.3.4.. For full disclosure and release of ALL document(s), and/or data contained in the file(s) of your Department, and/or Agency, under the name(s), and/or identifier of the name(s), UNITED STATES OF AMERICA v. RICKY ELLIS, CASE NO.: 3:03CR00106(AVC)

   The record(s), and/or document(s) sought specifically herein but not limited are the compiled file(s) containing:

1) DATE OF Imposition of Sentence:   January 20, 2004
2) COPY OF SENTENCING TRANSCRIPT
3) _____
4) _____

   I am aware that under fee and feewaivers § 4.3 it states: "Agencies are REQUIRED to provide free of charge the first (2) hours of search time, and the first 100 pages of duplication to ALL non-commercial requesters." I am not a commercial requester.

   Please TAKE NOTICE: If the requested document(s) are not kept in your office, Department, and/or Agency, please forward this request to the office where they are **located** and inform me of your actions as required by: HOUSE REPORT 105-37 of the 105th Congress.

   Inclosing, I sincerely thank you for honoring my request, and for your efforts and time re this important matter.

Dated 11 day of December, 2007

CC: FILE

                                                    /s/ _____
                                                    Page 1 of 1

C3CR106end

[Side margin annotation:] 3:03CR00106(AVC) December 17, 2007. The clerk is directed to send the requester a copy of the sentencing transcript from January 20, 2004, if such transcript is a part of the file, without charge. SO ORDERED.   /s/ Alfred V. Covello, U.S.D.J.

U.S. Department of Justice

# Certification of Identity



**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, U.S. Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   Ricky Lamar Ellis Sr.

Citizenship Status [2]   United States        Social Security Number [3]   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

Current Address   FCI Raybrook - P.O. Box 9007 - Raybrook, NY 12977

Date of Birth   5/16/73        Place of Birth   HTFD CT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4]   *Ricky Ellis*        Date   12/11/07

## OPTIONAL: Authorization to Release Information to Another Person

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person. Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

_____

Print or Type Name

---

[1] Name of individual who is the subject of the record sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM APPROVED OMB NO. 1103-0016
EXPIRES 4/31/07

FORM DOJ-361
SEPT 04