UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:03CR106 AVC |
| RICKY ELLIS | : | DECEMBER 24, 2007 |

## MOTION FOR REAPPOINTMENT OF COUNSEL

Pursuant to the Criminal Justice Act, 18 U.S.C. §§3006A et seq. and this District's Criminal Justice Act Plan, defendant Ricky Ellis moves the Court to reappoint the undersigned to represent him with post-sentencing motions. In support of this motion, the undersigned respectfully represents as follows:

1. The undersigned counsel was appointed as counsel for the defendant Ricky Ellis on April 24, 2003, pursuant to the Criminal Justice Act ("CJA").

2. On January 20, 2004, the defendant was sentenced to a total of 84 months for a violation of 21 U. S. C. §§841(a)(1) and 841(b)(1)(B).

3. On May 1, 2007, the United States Sentencing Commission ("Commission") submitted amendments to the federal sentencing guidelines, pursuant to 28 U. S. C. §994(a) and (p), that would adjust downward by two levels the base offense level assigned in crack cocaine cases as those offenses are listed in the Drug Quantity Table in §2D1.1.

4. On November 1, 2007, the Commission's amendment to the Federal sentencing guidelines took effect.

5. On December 11, 2007, the Commission voted to give retroactive effect to the amendment to the Federal Sentencing guidelines and set March 3, 2008, as the effective date for retroactivity.

6. A review of the defendant's sentence by the undersigned counsel indicates that the defendant is eligible for a reduction in sentence under the amended Federal Sentencing Guidelines.

7. Accordingly, the undersigned moves for reappointment of counsel so as to allow the defendant to present this issue to the court in an orderly and efficient manner.

WHEREFORE, the defendant respectfully requests that his Motion for Reappointment of Counsel be granted, together with such other and further relief as the Court deems proper.

Respectfully submitted,
DEFENDANT, RICKY ELLIS

By:_____
Richard S. Cramer
250 Hudson Street
Hartford, CT 06106
(860) 560-7704
Federal Bar No. ct00016
Email: cramer@snet.net

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed postage prepaid this _____ day of December 2007 to:

Raymond F. Miller
Assistant U. S. Attorney
157 Church Street
New Haven, CT 06510

                                    _____
                                    Richard S. Cramer