31

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

VS.                               :          NO. 3:03CR106 AVC

RICKY ELLIS                       :          DECEMBER 24, 2007

### <u>MOTION FOR REAPPOINTMENT OF COUNSEL</u>

Pursuant to the Criminal Justice Act, 18 U.S.C. §§3006A et seq. and this

District's Criminal Justice Act Plan, defendant Ricky Ellis moves the Court to reappoint

the undersigned to represent him with post-sentencing motions.  In support of this

motion, the undersigned respectfully represents as follows:

1.  The undersigned counsel was appointed as counsel for the defendant Ricky

Ellis on April 24, 2003, pursuant to the Criminal Justice Act ("CJA").

2.  On January 20, 2004, the defendant was sentenced to a total of 84 months

for a violation of 21 U. S. C. §§841(a)(1) and 841(b)(1)(B).

3.  On May 1, 2007, the United States Sentencing Commission ("Commission")

submitted amendments to the federal sentencing guidelines, pursuant to 28 U. S. C.

§994(a) and (p), that would adjust downward by two levels the base offense level

assigned in crack cocaine cases as those offenses are listed in the Drug Quantity

Table in §2D1.1.

4.  On November 1, 2007, the Commission's amendment to the Federal

sentencing guidelines took effect.

3:03CR00106(AVC) January __31__, 2008. The motion is GRANTED. SO ORDERED.

Alfred V. Covello, U.S.D.J.

03cr106snd31