Dear Clerk

I am requesting a copy of my Docket sheets my case number is 3:03CR00106 AVC for preparation of my 3582 motion that I plan on filing.

Respectfully Submitted
Ricky Ellis
#15122-014

2/2/08
approved.

SDJ.