UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:03CR106 (AVC) |
| RICKY ELLIS | : | MARCH 4, 2008 |

**MOTION FOR REDUCTION OF SENTENCE**
**PURSUANT TO 18 U.S.C. §3582(c)(2)**

    Defendant, Ricky Ellis, through his counsel of record, Richard S. Cramer, hereby moves this Honorable Court for a reduction in the sentence imposed in this case on January 20, 2004. This motion is made pursuant to 18 U.S.C. §3582(c)(2) and is based upon the attached memorandum of points and authorities, all files and records in this case, and such further argument and evidence as may be presented at the hearing on this motion.

                                                  Respectfully submitted,

                                                  DEFENDANT, RICKY ELLIS

                                                  By:_____
                                                     Richard S. Cramer
                                                     250 Hudson Street
                                                     Hartford, CT 06106
                                                     Tel. (860) 560-7704
                                                     Federal Bar No. ct00016
                                                     Email: cramer@snet.net

## **CERTIFICATION**

      THIS IS TO CERTIFY that a copy of the foregoing was mailed this 4th day of March 2008 to:

Raymond F. Miller
Assistant U. S. Attorney
157 Church Street
New Haven, CT 06510

 

                                                      _____
                                                    Richard S. Cramer