UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. |
| : | 3:03CR00106(AVC) |
| RICKY ELLIS : | |

**ORDER OF AMENDMENT OF JUDGMENT**
**REDUCING TERM OF IMPRISONMENT PURSUANT TO 18 U.S.C. § 3582(c)**

On January 20, 2004, this court sentenced the defendant, Ricky Ellis, to a term of imprisonment of 84 months.  Pursuant to 18 U.S.C. § 3582(c)(2); Amendment 706 in Appendix C to the U.S. Sentencing Guidelines Manual, providing for a lower guidelines sentencing range for certain offenses involving crack cocaine; and the policy statement contained in Guidelines § 1B1.10, the application notes thereto, and all other applicable policy statements issued by the Sentencing Commission; the defendant's motion to reduce his sentence (**document no. 35**) is GRANTED, to the extent described below.

**IT IS ORDERED**, after considering the defendant's motion, the government's Notice, the revised recommendation of the probation officer, the reduced Guidelines sentencing range indicated below, and the factors set forth in 18 U.S.C. § 3553(a), that the defendant's term of imprisonment be reduced as follows:

The defendant's previously determined sentencing range, based upon a total offense level of 23 and a criminal history category of VI, was 92 to 115 months.  The court imposed a

sentence of 84 months, representing a downward departure of approximately 9% below the lower end of the guidelines range. The defendant's amended and reduced sentencing range, based upon the amended guidelines range that would have been applicable to the defendant if Amendment 706 had been in effect at the time the defendant was sentenced, and leaving all other guideline application decisions unaffected, is 77 to 96 months based upon a total offense level of 21 and a criminal history category of VI. Applying the same 9% reduction below the guidelines range as was originally applied would result in a term of 70 months.  Pursuant to Guidelines § 1B1.10(b), in no event may a reduced term of imprisonment resulting from the application of 18 U.S.C. § 3582(c)(2) be less than the term of imprisonment the defendant has already served.

   Therefore, it is hereby ORDERED that the defendant's term of imprisonment contained in the judgment (document no. 27) entered by the court in the above-entitled case be reduced to a total term of **Seventy (70) months, or, if such reduced term is less than the term of imprisonment the defendant has already served, then to time served**.  The court finds that this reduction is consistent with the applicable policy statements issued by the Sentencing Commission.  All other provisions of the original judgment remain intact.

It is SO ORDERED this 14th day of March, 2008, at Hartford, Connecticut.

                                               / s /  
                                      Alfred V. Covello  
                                      United States District Judge